UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN STOUTE<br>        Plaintiff,<br><br>v.<br><br>CITY OF CHELSEA, et al.,<br>        Defendants. | )<br>)<br>)<br>)  **CIVIL ACTION**<br>)  **No. 24-11370-IT**<br>)<br>)<br>)<br>) |

ORDER

Stephen Stoute initiated this action by filing a *pro se* Complaint [Doc. No. 1] seeking an injunction. By Order [Doc. No. 4] dated August 27, 2024, Stoute was granted leave to proceed *in forma pauperis* and was advised that the complaint failed to comply with the pleading requirements of the Federal Rules of Civil Procedure. The Order stated that if he wished to proceed with this action, he must file an amended complaint curing the pleading deficiencies and setting forth a plausible claim upon which relief may be granted. *Id.* The Order further stated that failure to comply with this directive by September 27, 2024, will likely result in dismissal of this action.

Stoute was granted an extension of time until October 10, 2024. [Doc. No. 7]. One day after the expiration of the deadline, on October 11, 2024, Stoute filed a response [Doc. No. 9] objecting that the court had not granted his request for an injunction. However, Stoute did not file an amended complaint correcting the pleading deficiencies in his dismissed complaint.

Accordingly, and in accordance with the court's Order [Doc. No. 4], this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

        SO ORDERED.

November 15, 2024
                                                /s/ Indira Talwani
                                                UNITED STATES DISTRICT JUDGE